| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c) <br> **Jose R. Torres, Esq.** <br> 129 Prospect Street <br> Passaic, NJ 07055 <br> (973) 815-0075 <br> jrt@torreslegal.com <br><br> **Jose R. Torres, Esq.** Attorney for Janeth Hernandez, Debtor(s) |
| In re: <br><br>     Janeth Hernandez     Debtor(s) |

Case No.: 19-22655

Chapter 13

Judge: Hon. Rosemary Gambardella

# APPLICATION FOR AN ORDER EXTENDING TIME TO FILE SCHEDULES

The Application of Jose R. Torres, Esq. Attorney for the Debtors, respectfully represents:

1. On or about 06/26/2019, Debtor filed a Chapter 13 Petition with this Court.

1. Said petition was an "emergency filing" and was absent the Debtor's Schedules, Statement of Affairs, and List of Creditors.

2. Debtor has fifteen (15) days or until 07/11/2019 to provide this Court with the additional schedules.

3. Debtor will be unable to prepare the remaining schedules and statements within the aforementioned time constraints.

WHEREFORE, Applicant requests entry of the order submitted herewith.

Date: July 11, 2019                          By: /s/ Jose R. Torres, Esq.

                                                                                                    Attorney for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.
9004-2( c) Jose R. Torres, Esq.
129 Prospect Street
Passaic, NJ 07055
(973) 815-0075
jrt@torreslegal.com

**Jose R. Torres, Esq.**
Attorney for Janeth Hernandez,Debtor(s)

In re:

      Janeth Hernandez,    Debtor(s)

Case No.: **19-22655**

Chapter 13

Judge: Hon. Rosemary Gambardella

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**

Page 2 of 2
Case No.: 19-22655-RG
Debtor(s): Janeth Hernandez
Caption:  **ORDER RE EXTENSION OF TIME TO FILE SCHEDULES**

_____

      The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☐ Granted. The deadline to file schedules is extended to _____.

☐ Denied.