**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.
9004-2( c) Jose R. Torres, Esq.
129 Prospect Street
Passaic, NJ 07055
(973) 815-0075
jrt@torreslegal.com

**Jose R. Torres, Esq.**
Attorney for Janeth Hernandez, Debtor(s)

**FILED**
JEANNE A. NAUGHTON, CLERK

AUG 13 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

In re:

    Janeth Hernandez,    Debtor(s)

Case No.: **19-22655**

Chapter 13

Judge: Hon. Rosemary Gambardella

8-7-19

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**

8-13-19    _____
              Rosemary Gambardella
              US BJ

Page 2 of 2
Case No.: 19-22655-RG
Debtor(s): Janeth Hernandez
Caption: **ORDER RE EXTENSION OF TIME TO FILE SCHEDULES**

---

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to ___August 27, 2019___.

☐ Denied.