| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. 9004-2(c) Jose R. Torres, Esq.<br>129 Prospect Street<br>Passaic, NJ 07055<br>(973) 815-0075<br>jrt@torreslegal.com<br><br>**Jose R. Torres, Esq.**<br>Attorney for Janeth Hernandez, Debtor(s) |
| In re:<br><br>Janeth Hernandez,    Debtor(s) |

**FILED**
JEANNE A. NAUGHTON, CLERK

AUG 13 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: **19-22655**

Chapter 13

Judge: Hon. Rosemary Gambardella

8-7-19

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**

8-13-19            _____Rosemary Gambardella_____
                              US BJ

Page 2 of 2
Case No.: 19-22655-RG
Debtor(s): Janeth Hernandez
Caption: **ORDER RE EXTENSION OF TIME TO FILE SCHEDULES**

---

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to __August 27, 2019__.

☐ Denied.

United States Bankruptcy Court
District of New Jersey

In re:  
Janeth Hernandez  
    Debtor

Case No. 19-22655-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Aug 13, 2019  
                         Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.  
db        +Janeth Hernandez,   406 Franklin Ave,   Belleville, NJ 07109-1503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:  
        Jose R. Torres   on behalf of Debtor Janeth  Hernandez jrt@torreslegal.com, notices@nextchapterbk.com  
        Kevin Gordon McDonald   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 5