Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  19−22655−RG
                          Chapter:  13
                          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janeth Hernandez
   406 Franklin Ave
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−9808

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/28/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 28, 2019
JAN: car

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-22655-RG
Janeth Hernandez                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 28, 2019
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
```
db         +Janeth Hernandez,   406 Franklin Ave,   Belleville, NJ 07109-1503
cr         +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
             Philadelphia, PA 19103-1814
518322325  +Essex County Sheriff Office,   50 W Market St,   Newark, NJ 07102-1692
518322326  +Hackensack University Medical Center,   211 Essex St #207,   Hackensack, NJ 07601-3246
518431649  +Nationstar Mortgage LLC dba Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
518322328  +Nstar/Cooper,   350 Highland,   Houston, TX 77009-6623
518322331 ++PHOENIX FINANCIAL SERVICES LLC,   PO BOX 361450,   INDIANAPOLIS IN 46236-1450
             (address filed with court:  Phoenix Financial Serv,    8902 Otis Ave Ste 103a,
             Indianapolis, IN 46216)
518337083   PRINCETON PATHOLOGY SERVICES,   WAKEFIELD AND ASSOCIATES,   PO BOX 50250,
             KNOXVILLE,TN 37950-0250
518322330  +Phelan Hallinan Diamond & Jones, PC,   400 Fellowship Rd #100,   Mount Laurel, NJ 08054-3437
518358883   Resurgent Capital Services as agent for Via Novus,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
518322332  +Wakefield & Associates,   7005 Middlebrook Pike,   Knoxville, TN 37909-1156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2019 23:48:34     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2019 23:48:32     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518322323   E-mail/Text: ebn@americollect.com Aug 28 2019 23:48:41     Americollect Inc,   Po Box 1566,
             Manitowoc, WI 54221
518420836  +EDI: CINGMIDLAND.COM Aug 29 2019 03:13:00     AT&T Mobility II LLC,   %AT&T SERVICES INC.,
             KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
518370519   EDI: BL-BECKET.COM Aug 29 2019 03:13:00     Capital One, N.A.,   c/o Becket and Lee LLP,
             PO Box 3001,   Malvern PA 19355-0701
518322324  +E-mail/Text: bknotice@ercbpo.com Aug 28 2019 23:48:38     Enhanced Recovery Co L,
             8014 Bayberry Rd,   Jacksonville, FL 32256-7412
518322327  +E-mail/Text: bncnotices@becket-lee.com Aug 28 2019 23:47:41     Kohls/Capone,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
518322329  +E-mail/Text: bankruptcy@onlineis.com Aug 28 2019 23:49:03     Online Collections,   Po Box 1489,
             Winterville, NC 28590-1489
518322331   E-mail/Text: info@phoenixfinancialsvcs.com Aug 28 2019 23:46:02     Phoenix Financial Serv,
             8902 Otis Ave Ste 103a,   Indianapolis, IN 46216
518322333   EDI: WFFC.COM Aug 29 2019 03:13:00     Wfhm,   Po Box 10335,   Des Moines, IA 50306-0335
                                                                                             TOTAL: 10
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Jose R. Torres    on behalf of Debtor Janeth  Hernandez jrt@torreslegal.com,
               notices@nextchapterbk.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Aug 28, 2019
                               Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 5